# IN THE SUPREME COURT OF THE STATE OF NEVADA

LYUDMYLA A. ABID, A/K/A
LYUDMYLA PYANKOVSKA,
Appellant,
vs.
SEAN R. ABID,
Respondent.

No. 80933

**FILED**

SEP 18 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order concerning child custody. Eighth Judicial District Court, Clark County; Vincent Ochoa, Judge.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). NRAP 3A(b)(7) allows an appeal from an order that finally establishes or alters child custody. The district court's November 26, 2019, order, which is the subject of this appeal, states that respondent will prepare proposed findings of fact and conclusions of law regarding the motion to modify custody. The March 20, 2020, order resolving appellant's motion for reconsideration of the November 26 order does not specifically resolve the motion to modify custody. There is no written order in the record resolving the motion to modify custody.[1] *See Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 689, 747

---

[1]Once an order is entered resolving appellant's motion to modify custody, the aggrieved party can appeal from that order.

20-34450

P.2d 1380, 1382 (1987) ("[O]nly a written judgment may be appealed.").
Thus, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc:    Hon. Vincent Ochoa, District Judge
Lyudmyla A. Abid
Jones & LoBello
Eighth District Court Clerk